

**ORDERED in the Southern District of Florida on December 15, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.: 14-12753-BKC-LMI |
| | Chapter 7 |
| PETER HERNANDEZ | |
|      Debtor.          / | |
| BARRY E. MUKAMAL, TRUSTEE | |
|     Plaintiff, | Adv. Case No.: 14-01653-LMI |
| v. | |
| SOUTHEAST WRECKER, INC. AND SOUTHEAST TOWING, INC. | |
|     Defendants.       / | |

**ANY CREDITORS OF DEFENDANTS WHO FAIL TO FILE AND SERVE A WRITTEN OBJECTION TO SUNSTANTIVE CONSOLIDATION OF DEFENDANTS WITH DEBTOR'S ESTATE WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS DEFAULT FINAL JUDGMENT SHALL BE DEEMED TO HAVE CONSENTED TO THE RELIEF PROVIDED HEREIN.**

Case No.: 14-12753-BKC-LMI
Adv. Case No.: 14-01653-LMI

## **DEFAULT FINAL JUDGMENT**

**THIS CAUSE** having come before the Court on December 10, 2014 at 1:30 p.m., upon Plaintiff, Barry E. Mukamal, Trustee's *Ex Parte* Motion for Entry of Default Final Judgment [ECF 11] (the "Motion"), and the Court: (a) having reviewed and considered the Complaint [ECF 1]; (b) having reviewed the defaults entered against Southeast Wrecker, Inc. [ECF 7] and Southeast Towing, Inc. [ECF 8]; (c) having reviewed the Motion, the averments contained therein, and the Affidavit of Support of the Motion for Default Final Judgment; and (d) having deemed all allegations contained in the Complaint admitted, it is

**ORDERED** as follows**:**

1. Judgment is hereby entered on behalf of Plaintiff, Barry E. Mukamal, as Chapter 7 Trustee of the Bankruptcy Estate of Peter Hernandez (The "Trustee" or "Plaintiff") and against the Defendants, **SOUTHEAST WRECKER, INC. and SOUTHEAST TOWING INC**. (the "Defendants").

2. The Defendants are hereby substantively consolidated for all purposes with the bankruptcy estate of the Debtor, Peter Hernandez (collectively, the "Consolidated Debtors"), *nunc pro tunc* to February 4, 2014, including but not limited to determination of whether:

   a. the Consolidated Debtors were insolvent on the date any transfer was made or obligation was incurred, or became insolvent as a result of any transfer or obligation;

   b. the Consolidated Debtors were engaged in a business or a transaction, or were about to engage in a business or a transaction, for which the

Case No.: 14-12753-BKC-LMI
Adv. Case No.: 14-01653-LMI

property remaining with the Consolidated Debtors was an unreasonably small capital;

c. the Consolidated Debtors intended to incur, or believed that the Consolidated Debtors would incur, debts that would be beyond the Consolidated Debtors' ability to pay as such debts matured; and

d. the Consolidated Debtors received less than reasonably equivalent value in exchange for any transfer.

3. The deadline for the Defendants' creditors, if any, to file a proof of claim in the Consolidated Debtors' estate shall be 90 days following service of this Final Judgment.

4. The Defendants, Southeast Wrecker, Inc. and Southeast Towing, Inc., shall be afforded the protections of the automatic stay and shall otherwise be recognized to have all of the rights, responsibilities and obligations of a Chapter 7 Debtor.

5. The Trustee shall have the same powers, responsibilities, rights, causes of action and statutory charge with respect to the Defendants as he does with respect to the Debtor.

6. Defendant, Southeast Wrecker, Inc.'s last known address is c/o its Registered Agent, Craig Dorne, PA, 3132 Ponce de Leon Blvd., Coral Gables, FL 33134.

7. Defendant, Southeast Towing, Inc.'s last known address is c/o its Registered Agent, Craig Dorne, PA, 3132 Ponce de Leon Blvd., Coral Gables, FL 33134

8. Plaintiff's address is 1 SE 3rd Ave, Ste. 2150, Miami, Florida 33131.

9. This Court retains jurisdiction for the purpose of making all other orders and judgments as may be necessary and proper.

###

Case No.: 14-12753-BKC-LMI
Adv. Case No.: 14-01653-LMI

Submitted By:
Gary M. Freedman
Florida Bar No. 727260
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Barry E. Mukamal
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida  33132
Telephone:  (305) 375 8171
Facsimile:  (305) 381 7708
E mail: gfreedman@tabasfreedman.com

Gary M. Freedman
Attorney Gary M. Freedman is directed to serve copies of this Order on the parties listed and file a Certificate of Service.